# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| DARREN G. MCFADDEN, an individual; and MCFADDEN ENTERPRISES, INC., a Delaware corporation | | PLAINTIFFS |
| v. | No. 4:17CV00353 JLH | |
| JACQUELINE VICK; CHEO CLARK; and DOES 1-10 | | DEFENDANTS |

## ORDER OF DISMISSAL

The motion to dismiss filed by Darren G. McFadden and McFadden Enterprises, Inc., is GRANTED. Document #26. The complaint of the plaintiffs is hereby dismissed with prejudice as to all defendants, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED this 21st day of December, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE